**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00223-CV**
_____

**IN RE BRUCE L. JAMISON**

**Original Proceeding**
**284th District Court of Montgomery County, Texas**
**Trial Cause No. 20-09-10625-CV**

**ORDER**

Bruce L. Jamison, Relator, filed a petition for a writ of mandamus and a motion for temporary relief. *See* Tex. R. App. P. 52. Relator is a counsel of record in Trial Cause Number 20-09-10625-CV, *Southern Luxury Motorcars, LLC d/b/a Crave Luxury Auto v. Karl Stomberg, et al.* Relator seeks a writ compelling the Honorable Kristin Bays, Judge of the 284th District Court of Montgomery County, Texas, to vacate a July 23, 2021 order imposing sanctions and show cause order. *See* Tex. Gov't Code Ann. § 22.221.

Relator requests that all enforcement in the trial court of the order imposing sanctions be stayed while this Court considers the mandamus petition. The Court

1

finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that all enforcement of the trial court's July 23, 2021 order imposing sanctions and show cause order in Trial Cause Number 20-09-10625-CV are STAYED until our opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of Relator as a condition to any relief herein granted.

The response of the Real Parties in Interest, Karl Stomberg and Kristin Stomberg, is due August 9, 2021.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED July 29, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.